**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-00093-CMA-MJW

LEHMAN BROTHERS HOLDINGS INC.,

    Plaintiff,

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY,

    Defendant.

---

**ORDER GRANTING MOTION TO STAY PROCEEDINGS**

---

This matter is before the Court on Plaintiff's Unopposed Motion Pursuant to Fed.R.Civ.P. 62 to Stay Proceedings Related to Defendant's Award of Costs Pending Resolution of Plaintiff's Appeal (Doc. # 98). The Court, having reviewed the Motion and having determined that it is meritorious and that the relief requested therein should be granted, it is hereby,

ORDERED that Plaintiff's Motion (Doc. # 98) is GRANTED. Proceedings related to Defendant's award of costs are hereby STAYED pending resolution of Plaintiff's appeal.

DATED:  May   22  , 2014

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge